USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/09

Scheindlin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SILVANDRO CAMBRUZZI, on behalf of himself and : Index No. 09 CV 2036 (SAS)
other similarly situated,

       Plaintiff,

v.

316 WEST 49th RESTAURANT CORP. d/b/a : **STIPULATION OF**
CHURRASCARIA TRIBECA RESTAURANT : **DISCONTINUANCE**
CORP., LJA RESTAURANT CORP. d/b/a : **WITH PREJUDICE**
CHURRASCARIA PLATAFORMA RESTAURANT,
JOSE LUIS GOMEZ, JOAO DE MATOS, and
ALBURICO CAMPANA,

       Defendants.
---------------------------------------------------------------x

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for all parties herein, that the above-entitled action is hereby discontinued with prejudice and without costs to any party.

Dated: July 8, 2009

BRUCKNER BURCH PLLC

Richard J. Burch
1415 Louisiana Street, Suite 2125
Houston, TX 77002
Tel.: (713) 877-8788
Fax: (713) 877-8065
*Attorneys for Plaintiff*

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum
757 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 688-5640
Fax: (212) 688-2548 (fax)
*Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Jonathan Stoler
Eric Raphan
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Tel.: (212) 332-3800
Fax: (212) 332-3888 (fax)
*Attorneys for Defendants*

So Ordered:

Hon. Shira A. Scheindlin, U.S.D.J.